UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 25-80076-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALFRED DAVIS,
CHER DAVIS,
LATOYA CLARK,

    Defendants.
_____/

**DO NOT DESTROY**

## RESPONSE TO JURY NOTE

Ladies and Gentlemen:

You are directed to continue deliberating until 7 p.m. today. You shall not depart prior to that time. Continued deliberations, if applicable, to resume on Dec. 29, 2025.

_____
Judge Aileen M. Cannon

12/22/25  5:01 P.M.
Date/Time